UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. C-06-87 |
| | § | |
| DARIO MARTINEZ-CAPORELI; aka | § | |
| SANTOS GUAJARDO, *et al*, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING STAY OF RELEASE OF MATERIAL WITNESSES AND ORDER SETTING DEADLINE FOR FILING MOTION FOR REVIEW OF THE RELEASE ORDER**

The government's motion to stay the release on bond of material witnesses Armando Cano, Elias Ochoa-Moreno, and Edgar Vasquez-Mata pending review by the District Court (D.E. 63) is granted. If the government fails to file a motion for review of the release order pursuant to 18 U.S.C. § 3142 by **Thursday, March 9, 2006,** this order of stay will expire. If the government files its motion for review of the release order on or before **Thursday, March 9, 2006**, this order of stay will remain in effect until the District Court rules on the motion.

ORDERED this 3rd day of March, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE